Commonwealth ex rel. Carlisle, Appellant, *v.*
Botula.

704

Submitted November 8, 1965.
*Calvin Carlisle*, appellant, in propria persona; *Edwin J. Martin*, Assistant District Attorney; and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.